UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

STEVEN RODNEY COLYER, JR.,

                Plaintiff,

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

2:20-cv-01753-YY

Order Awarding Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)

      Before the Court is the Motion of Plaintiff, Steven Rodney Colyer, Jr., for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

      **IT IS HEREBY ORDERED** that attorney fees and expenses in the total amount of Five Thousand Seventeen Dollars and Twenty-Five Cents ($5,017.25) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

      If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Edward A. Wicklund. Any costs may be paid either by electronic fund transfer (EFT) or by check.

      Whether the check is made payable to Plaintiff or to Edward A. Wicklund, the check shall be mailed to Edward A. Wicklund at the following address: 250 South Clinton Street, Ste. 210, Syracuse, NY 13202.

SO ORDERED,

Dated this 3rd day of August, 2022

                                        ___/s/ Youlee Yim You__
                                        U.S. Magistrate Judge

ORDER